

# STEPHEN F. AUSTIN STATE UNIVERSITY